# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 7/11/2025 |
| Case: 25−10457 | Form ID: 309A | Total: 22 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Jordan Marie McNeill | 6200 Autumn Ridge Drive    Plainfield, IL 60586 |
| tr | Karen R Goodman, ESQ    Crane, Simon, Clar & Goodman    135 South LaSalle Street    Suite 3950    Chicago, IL 60603 | |
| aty | David D. Lugardo    Geraci Law L.L.C.    55 East Monroe St. Suite #3400    Chicago, IL 60603 | |
| 31529812 | Apple Card/Gs Bank Usa    Attn: Bankruptcy Dept.    LOCKBOX 6112 PO BOX 7247    PHILADELPHIA,PA 19170 | |
| 31529815 | Best Buy/Cbna    Attn: Bankruptcy Dept.    50 NORTHWEST POINT ROAD    ELK GROVE VILLAGE,IL 60007 | |
| 31529818 | Capital One Auto Finan    Attn: Bankruptcy Dept.    PO BOX 259407    PLANO,TX 75025 | |
| 31529808 | Citicards Cbna    Attn: Bankruptcy Dept.    PO BOX 6241    SIOUX FALLS,SD 57117 | |
| 31529814 | Citicards Cbna    Attn: Bankruptcy Dept.    PO BOX 6241    SIOUX FALLS,SD 57117 | |
| 31529816 | Credit One Bank Na    Attn: Bankruptcy Dept.    PO BOX 98875    LAS VEGAS,NV 89193 | |
| 31529811 | Discover Bank    Attn: Bankruptcy Dept.    PO BOX 30939    SALT LAKE CITY,UT 84130 | |
| 31529826 | Edward Hospital    Attn: Bankruptcy Department    801 S. Washington st.    Naperville,IL 60566 | |
| 31529822 | Equifax    Attn: Bankruptcy Dept.    1550 Peachtree St. Ne    Atlanta,Ga 30309 | |
| 31529821 | Experian    Attn: Bankruptcy Dept.    Po Box 2002    Allen,Tx 75013 | |
| 31529823 | IRS Priority Debt    Centralized Insolvency Operation    PO Box 7346    Philadelphia,PA 19101 | |
| 31529824 | IRS Priority Debt    Centralized Insolvency Operation    PO Box 7346    Philadelphia,PA 19101 | |
| 31529809 | Jpmcb Card    Attn: Bankruptcy Dept.    PO BOX 15369    WILMINGTON,DE 19850 | |
| 31529810 | Jpmcb Card    Attn: Bankruptcy Dept.    PO BOX 15369    WILMINGTON,DE 19850 | |
| 31529817 | Syncb/Amazon    Attn: Bankruptcy Dept.    PO BOX 71727    PHILADELPHIA,PA 19176 | |
| 31529813 | Syncb/Ppc    Attn: Bankruptcy Dept.    PO BOX 530975    ORLANDO,FL 32896 | |
| 31529820 | Transunion    Attn: Bankruptcy Dept.    Po Box 1000    Chester,Pa 19022 | |
| 31529819 | Upstart Network Inc/F    Attn: Bankruptcy Dept.    PO BOX 1503    SAN CARLOS,CA 94070 | |
| 31529825 | Utah Department of Revenue    210 North 1950 West    Salt Lake City,UT 84134 | |

TOTAL: 22