| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jordan Marie McNeill<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1000<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed for chapter: | 7   7/10/25 |
| Case number: | 25–10457 | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jordan Marie McNeill | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6200 Autumn Ridge Drive<br>Plainfield, IL 60586 | |
| 4. | **Debtor's attorney**<br>Name and address | David D. Lugardo<br>Geraci Law L.L.C.<br>55 East Monroe St. Suite #3400<br>Chicago, IL 60603 | Contact phone 312-332–1800<br>Email: ndil@geracilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Karen R Goodman ESQ<br>Crane, Simon, Clar & Goodman<br>135 South LaSalle Street<br>Suite 3950<br>Chicago, IL 60603 | Contact phone 3120-641-6777<br>Email: kgoodman@cranesimon.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 7/11/25 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 4, 2025 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 319 082 3128, and Passcode 3607583958, OR call 1–872–282–6720**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/3/25** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 25-10457-DLT
Jordan Marie McNeill  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 2
Date Rcvd: Jul 11, 2025      Form ID: 309A      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jordan Marie McNeill, 6200 Autumn Ridge Drive, Plainfield, IL 60586-5267 |
| 31529825 | + | Utah Department of Revenue, 210 North 1950 West, Salt Lake City,UT 84134-9000 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ndil@geracilaw.com | Jul 11 2025 22:26:00 | David D. Lugardo, Geraci Law L.L.C., 55 East Monroe St. Suite #3400, Chicago, IL 60603 |
| tr | + | EDI: QKRGOODMAN.COM | Jul 12 2025 02:15:00 | Karen R Goodman, ESQ, Crane, Simon, Clar & Goodman, 135 South LaSalle Street, Suite 3950, Chicago, IL 60603-4127 |
| 31529812 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 11 2025 22:27:00 | Apple Card/Gs Bank Usa, Attn: Bankruptcy Dept., LOCKBOX 6112 PO BOX 7247, PHILADELPHIA,PA 19170-0001 |
| 31529815 | + | EDI: CITICORP | Jul 12 2025 02:15:00 | Best Buy/Cbna, Attn: Bankruptcy Dept., 50 NORTHWEST POINT ROAD, ELK GROVE VILLAGE,IL 60007-1032 |
| 31529818 | + | EDI: CAPONEAUTO.COM | Jul 12 2025 02:15:00 | Capital One Auto Finan, Attn: Bankruptcy Dept., PO BOX 259407, PLANO,TX 75025-9407 |
| 31529808 | + | EDI: CITICORP | Jul 12 2025 02:15:00 | Citicards Cbna, Attn: Bankruptcy Dept., PO BOX 6241, SIOUX FALLS,SD 57117-6241 |
| 31529816 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 11 2025 22:50:27 | Credit One Bank Na, Attn: Bankruptcy Dept., PO BOX 98875, LAS VEGAS,NV 89193-8875 |
| 31529811 | + | EDI: DISCOVER | Jul 12 2025 02:15:00 | Discover Bank, Attn: Bankruptcy Dept., PO BOX 30939, SALT LAKE CITY,UT 84130-0939 |
| 31529822 | | Email/Text: bankruptcycourts@equifax.com | Jul 11 2025 22:27:00 | Equifax, Attn: Bankruptcy Dept., 1550 Peachtree St. Ne, Atlanta,Ga 30309 |
| 31529826 | + | Email/Text: bankruptcy@edward.org | Jul 11 2025 22:28:00 | Edward Hospital, Attn: Bankruptcy Department, 801 S. Washington st., Naperville,IL 60540-7499 |
| 31529821 | ^ | MEBN | Jul 11 2025 22:22:55 | Experian, Attn: Bankruptcy Dept., Po Box 2002, Allen,Tx 75013-2002 |
| 31529823 | + | EDI: IRS.COM | Jul 12 2025 02:15:00 | IRS Priority Debt, Centralized Insolvency Operation, PO Box 7346, Philadelphia,PA 19101-7346 |
| 31529809 | + | EDI: JPMORGANCHASE | Jul 12 2025 02:15:00 | Jpmcb Card, Attn: Bankruptcy Dept., PO BOX 15369, WILMINGTON,DE 19850-5369 |
| 31529817 | + | EDI: SYNC | Jul 12 2025 02:15:00 | Syncb/Amazon, Attn: Bankruptcy Dept., PO BOX 71727, PHILADELPHIA,PA 19176-1727 |

| Recip ID | | Code | Name | Date/Time | Address |
|---|---|---|---|---|---|
| 31529813 | + | EDI: SYNC | | Jul 12 2025 02:15:00 | Syncb/Ppc, Attn: Bankruptcy Dept., PO BOX 530975, ORLANDO,FL 32896-0001 |
| 31529820 | ^ | MEBN | | Jul 11 2025 22:23:34 | Transunion, Attn: Bankruptcy Dept., Po Box 1000, Chester,Pa 19016-1000 |
| 31529819 | + | EDI: LCIUPSTART | | Jul 12 2025 02:15:00 | Upstart Network Inc/F, Attn: Bankruptcy Dept., PO BOX 1503, SAN CARLOS,CA 94070-7503 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31529814 | *+ | Citicards Cbna, Attn: Bankruptcy Dept., PO BOX 6241, SIOUX FALLS,SD 57117-6241 |
| 31529824 | *+ | IRS Priority Debt, Centralized Insolvency Operation, PO Box 7346, Philadelphia,PA 19101-7346 |
| 31529810 | *+ | Jpmcb Card, Attn: Bankruptcy Dept., PO BOX 15369, WILMINGTON,DE 19850-5369 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| David D. Lugardo | on behalf of Debtor 1 Jordan Marie McNeill ndil@geracilaw.com |
| Karen R Goodman, ESQ | kgoodman@cranesimon.com il24@ecfcbis.com;dkobrynski@cranesimon.com;kgoodman@ecf.axosfs.com;abell-powell@cranesimon.com |

TOTAL: 3