# Notice Recipients

District/Off: 0752−1          User: admin                Date Created: 10/06/2025
Case: 25−10457               Form ID: 318               Total: 24

**Recipients of Notice of Electronic Filing:**
aty          David D. Lugardo          ndil@geracilaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Jordan Marie McNeill | 6200 Autumn Ridge Drive | Plainfield, IL 60586 |
| tr | Karen R Goodman, ESQ | Crane, Simon, Clar & Goodman | 135 South LaSalle Street     Suite 3950     Chicago, IL 60603 |
| 31529812 | Apple Card/Gs Bank Usa | Attn: Bankruptcy Dept. | LOCKBOX 6112 PO BOX 7247     PHILADELPHIA,PA 19170 |
| 31529815 | Best Buy/Cbna | Attn: Bankruptcy Dept. | 50 NORTHWEST POINT ROAD     ELK GROVE VILLAGE,IL 60007 |
| 31529818 | Capital One Auto Finan | Attn: Bankruptcy Dept. | PO BOX 259407     PLANO,TX 75025 |
| 31538508 | Capital One Auto Finance, a division of | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118 |
| 31529808 | Citicards Cbna | Attn: Bankruptcy Dept. | PO BOX 6241     SIOUX FALLS,SD 57117 |
| 31529814 | Citicards Cbna | Attn: Bankruptcy Dept. | PO BOX 6241     SIOUX FALLS,SD 57117 |
| 31529816 | Credit One Bank Na | Attn: Bankruptcy Dept. | PO BOX 98875     LAS VEGAS,NV 89193 |
| 31529811 | Discover Bank | Attn: Bankruptcy Dept. | PO BOX 30939     SALT LAKE CITY,UT 84130 |
| 31529826 | Edward Hospital | Attn: Bankruptcy Department | 801 S. Washington st.     Naperville,IL 60566 |
| 31529822 | Equifax | Attn: Bankruptcy Dept. | 1550 Peachtree St. Ne     Atlanta,Ga 30309 |
| 31529821 | Experian | Attn: Bankruptcy Dept. | Po Box 2002     Allen,Tx 75013 |
| 31529823 | IRS Priority Debt | Centralized Insolvency Operation | PO Box 7346     Philadelphia,PA 19101 |
| 31529824 | IRS Priority Debt | Centralized Insolvency Operation | PO Box 7346     Philadelphia,PA 19101 |
| 31529809 | Jpmcb Card | Attn: Bankruptcy Dept. | PO BOX 15369     WILMINGTON,DE 19850 |
| 31529810 | Jpmcb Card | Attn: Bankruptcy Dept. | PO BOX 15369     WILMINGTON,DE 19850 |
| 31529817 | Syncb/Amazon | Attn: Bankruptcy Dept. | PO BOX 71727     PHILADELPHIA,PA 19176 |
| 31529813 | Syncb/Ppc | Attn: Bankruptcy Dept. | PO BOX 530975     ORLANDO,FL 32896 |
| 31529820 | Transunion | Attn: Bankruptcy Dept. | Po Box 1000     Chester,Pa 19022 |
| 31541037 | UTAH STATE TAX COMMISSION | attn: Bankrutpcy Unit | 210 N 1950 W     SALT LAKE CITY, UT 84134−9000 |
| 31529819 | Upstart Network Inc/F | Attn: Bankruptcy Dept. | PO BOX 1503     SAN CARLOS,CA 94070 |
| 31529825 | Utah Department of Revenue | 210 North 1950 West | Salt Lake City,UT 84134 |

TOTAL: 23