**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jordan Marie McNeill <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−1000 <br> EIN   __−_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __−_____ |

United States Bankruptcy Court   Northern District of Illinois

Case number:   25−10457

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jordan Marie McNeill

October 6, 2025                                  **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                     United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 25-10457-DLT |
| Jordan Marie McNeill | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 06, 2025 | Form ID: 318 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jordan Marie McNeill, 6200 Autumn Ridge Drive, Plainfield, IL 60586-5267 |
| 31529819 | + | Upstart Network Inc/F, Attn: Bankruptcy Dept., PO BOX 1503, SAN CARLOS,CA 94070-7503 |
| 31529825 | + | Utah Department of Revenue, 210 North 1950 West, Salt Lake City,UT 84134-9000 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QKRGOODMAN.COM | Oct 07 2025 02:49:00 | Karen R Goodman, ESQ, Crane, Simon, Clar & Goodman, 135 South LaSalle Street, Suite 3950, Chicago, IL 60603-4127 |
| 31529812 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 06 2025 23:01:00 | Apple Card/Gs Bank Usa, Attn: Bankruptcy Dept., LOCKBOX 6112 PO BOX 7247, PHILADELPHIA,PA 19170-0001 |
| 31529815 | + | EDI: CITICORP | Oct 07 2025 02:49:00 | Best Buy/Cbna, Attn: Bankruptcy Dept., 50 NORTHWEST POINT ROAD, ELK GROVE VILLAGE,IL 60007-1032 |
| 31529818 | + | EDI: CAPONEAUTO.COM | Oct 07 2025 02:49:00 | Capital One Auto Finan, Attn: Bankruptcy Dept., PO BOX 259407, PLANO,TX 75025-9407 |
| 31538508 | + | EDI: AISACG.COM | Oct 07 2025 02:49:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31529808 | + | EDI: CITICORP | Oct 07 2025 02:49:00 | Citicards Cbna, Attn: Bankruptcy Dept., PO BOX 6241, SIOUX FALLS,SD 57117-6241 |
| 31529816 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 06 2025 23:08:14 | Credit One Bank Na, Attn: Bankruptcy Dept., PO BOX 98875, LAS VEGAS,NV 89193-8875 |
| 31529811 | + | EDI: DISCOVER | Oct 07 2025 02:49:00 | Discover Bank, Attn: Bankruptcy Dept., PO BOX 30939, SALT LAKE CITY,UT 84130-0939 |
| 31529822 | | Email/Text: bankruptcycourts@equifax.com | Oct 06 2025 23:01:00 | Equifax, Attn: Bankruptcy Dept., 1550 Peachtree St. Ne, Atlanta,Ga 30309 |
| 31529826 | + | Email/Text: bankruptcy@edward.org | Oct 06 2025 23:02:00 | Edward Hospital, Attn: Bankruptcy Department, 801 S. Washington st., Naperville,IL 60540-7499 |
| 31529821 | ^ | MEBN | Oct 06 2025 22:50:14 | Experian, Attn: Bankruptcy Dept., Po Box 2002, Allen,Tx 75013-2002 |
| 31529823 | + | EDI: IRS.COM | Oct 07 2025 02:49:00 | IRS Priority Debt, Centralized Insolvency Operation, PO Box 7346, Philadelphia,PA 19101-7346 |
| 31529809 | + | EDI: JPMORGANCHASE | Oct 07 2025 02:49:00 | Jpmcb Card, Attn: Bankruptcy Dept., PO BOX 15369, WILMINGTON,DE 19850-5369 |
| 31529817 | + | EDI: SYNC | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 07 2025 02:49:00 | Syncb/Amazon, Attn: Bankruptcy Dept., PO BOX 71727, PHILADELPHIA,PA 19176-1727 |
| 31529813 | + | EDI: SYNC | Oct 07 2025 02:49:00 | Syncb/Ppc, Attn: Bankruptcy Dept., PO BOX 530975, ORLANDO,FL 32896-0001 |
| 31529820 | ^ | MEBN | Oct 06 2025 22:49:35 | Transunion, Attn: Bankruptcy Dept., Po Box 1000, Chester,Pa 19016-1000 |
| 31541037 | | EDI: UTAHTAXCOMM.COM | Oct 07 2025 02:49:00 | UTAH STATE TAX COMMISSION, attn: Bankrutpcy Unit, 210 N 1950 W, SALT LAKE CITY, UT 84134-9000 |
| 31529819 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 06 2025 23:01:00 | Upstart Network Inc/F, Attn: Bankruptcy Dept., PO BOX 1503, SAN CARLOS,CA 94070-7503 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31529814 | *+ | Citicards Cbna, Attn: Bankruptcy Dept., PO BOX 6241, SIOUX FALLS,SD 57117-6241 |
| 31529824 | *+ | IRS Priority Debt, Centralized Insolvency Operation, PO Box 7346, Philadelphia,PA 19101-7346 |
| 31529810 | *+ | Jpmcb Card, Attn: Bankruptcy Dept., PO BOX 15369, WILMINGTON,DE 19850-5369 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2025             Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| David D. Lugardo | on behalf of Debtor 1 Jordan Marie McNeill ndil@geracilaw.com |
| Karen R Goodman, ESQ | kgoodman@cranesimon.com il24@ecfcbis.com;dkobrynski@cranesimon.com;kgoodman@ecf.axosfs.com;abell-powell@cranesimon.com |

TOTAL: 3